## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MRL CRANE SERVICE, INC.,** | |
| Plaintiff, | 8:12CV419 |
| vs. | |
| **DLL, L.L.C., doing business as Western Iowa Construction, Inc.,** | ORDER |
| Defendant and Third Party Plaintiff, | |
| vs. | |
| **ADAMS BUILDING CONTRACTORS, INC.,** | |
| Third Party Defendant. | |

Upon notice of settlement given to the magistrate judge on January 8, 2014, by Mark T. Porto, attorney for the plaintiff, and Tanya J. Hansen, attorney for the defendant,

**IT IS ORDERED that**:

1. On or before **February 7, 2014**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled pretrial conference and trial are cancelled upon the representation that this case is settled.

Dated this 8th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge