IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MRL CRANE SERVICE, INC.,

       Plaintiff,                                                Case No. 8:12CV419

v.

DLL, L.L.C., doing business as:
WESTERN IOWA CONSTRUCTION,
INC.,

       Defendant/
       Third Party Plaintiff,                    ORDER OF DISMISSAL
                                                           WITHOUT PREJUDICE

v.

ADAMS BUILDING CONTRACTORS,
INC.,

       Third Party Defendant.

     NOW on this 13th day of February, 2014, this matter came on for consideration upon stipulation of the parties.  After being duly advised in the premises, the above-captioned matter is hereby dismissed without prejudice, with each party to pay their own costs.

     IT IS SO ORDERED.

                                                                       BY THE COURT:

                                                                       s/ Joseph F. Bataillon
                                                                       United States District Judge

PREPARED BY:
Mark Porto #23448
SHAMBERG, WOLF, McDERMOTT & DEPUE
308 North Locust, STE 501
P.O. Box 460
Grand Island, NE  68802
Telephone: 308/384-1635